NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5036

ATK THIOKOL, INC. (now known as ATK Launch Systems Inc.),

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 99-CV-440, Judge Susan G. Braden.

ON MOTION

Before MAYER, <u>Circuit Judge</u>.

## O R D E R

Upon consideration of the Committee on Government Business of Financial Executives International's motion for leave to file a brief amicus curiae in support of ATK Thiokol, Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Thomas A. Lemmer, Esq.
       Robert E. Chandler, Esq.
       Stephen D. Knight, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2009

JAN HORBALY
CLERK